IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

DEMARION GILLION                                                                  PLAINTIFF

v.                             No. 3:16-cv-259-DPM-JJV

POINSETT COUNTY JAIL;
JAMES DAWSON, Guard, Poinsett
County Jail; PATRICIA MARSHALL,
Guard, Poinsett County Jail; MIKE
KINDLE, Jail Administrator, Poinsett
County Jail; SUSAN COX, Nurse,
Poinsett County Jail; and LARRY
MILLS, Sheriff, Poinsett County                                                   DEFENDANTS

ORDER

Unopposed recommendation, № 5, adopted. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Gillion's claims against the Poinsett County Jail, Marshall, Cox, and Mills are dismissed without prejudice. Defendants Dawson and Kindle remain. An *in forma pauperis* appeal from this Order would not be taken in good faith. 28 U.S.C. § 1915(a)(3). This case is returned to Magistrate Judge Volpe for further proceedings.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

19 October 2016